499 P.2d 355

**Jose L. SILVA, Petitioner,**

v.

**B. D. LACY, Respondent.**

**No. 9493.**

Supreme Court of New Mexico.

June 9, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 826, 83 N.M. 43, 499 P.2d 361 be and the same is hereby returned to the Clerk of the Court of Appeals.

499 P.2d 355

**Shirlee SMITH and Ron Smith, Petitioners,**

v.

**Robert M. KLEBANOFF et al., Respondents.**

**No. 9509.**

Supreme Court of New Mexico.

June 30, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 775, 83 N.M. 50, 499 P.2d 368 be and the same is hereby returned to the Clerk of the Court of Appeals.

499 P.2d 355

**JACK DAILEY REALTY, INC., Petitioner,**

v.

**Leslie E. MAXEY and Mary A. Maxey, Respondents.**

**No. 9506.**

Supreme Court of New Mexico.

June 29, 1972.

Ordered that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 798, 83 N.M. 38, 499 P.2d 356 be and the same is hereby returned to the Clerk of the Court of Appeals.

499 P.2d 355

**Johnny HERRERA, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9513.**

Supreme Court of New Mexico.

July 10, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 853, 83 N.M. 46, 499 P.2d 364 be and the same is hereby returned to the Clerk of the Court of Appeals.